## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **4-K MARINE, L.L.C.** | * | |
| **Plaintiff** | * | **CIVIL ACTION NO.** |
| **VERSUS** | | |
| | * | |
| **JAMES MARINE HAHNVILLE, LLC** | * | |
| **Defendant** | * | |
| *   *   *   *   *   *   *   * | | |

## <u>COMPLAINT</u>

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

COMES NOW, by and through undersigned counsel, 4-K Marine, L.L.C., who asserts this Complaint against James Marine Hahnville, LLC as follows:

I.

4-K Marine, L.L.C. is a Louisiana Corporation doing business within the jurisdiction of this Honorable Court.

II.

At all material times, 4-K Marine, L.L.C. was the owner of Barge CBR 2014.

III.

Defendant James Marine Hahnville, LLC is a Louisiana corporation doing business within the jurisdiction of this Honorable Court.

–1–

IV.

James Marine Hahnville, LLC was the owner of a shipyard in Hahnville, Louisiana.

V.

This Honorable Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1333 within the meaning of Rule 9(h) since the events giving rise to this claim involve a vessel.

VI.

Venue is proper before this Court under 28 U.S.C. § 1391(b)(2) because at all material times Barge CBR 2014 was being repaired in or around Hahnville, Louisiana which is located within the Eastern District of Louisiana.

VII.

In April/May, 2017, plaintiff's vessel, CBR 2014, was undergoing repairs at defendant's facility in Hahnville.    While there, bottom damages to the barge occurred due to the negligence of the defendant.

VIII.

Plaintiff's CBR 2014 has suffered significant damages due to the necessity of repairs and loss of use of the vessel during the repairs.

IX.

But for the negligence of James Marine Hahnville, LLC during repairs to Barge CBR 2014 during April/May, 2017, plaintiff's damages would not have occurred.

WHEREFORE, after due proceedings had, 4-K Marine, L.L.C. prays that there be judgment in its favor and against James Marine Hahnville, LLC for repair costs, detention losses, survey fees, interest and costs, etc., and for all other general and equitable relief to which it may be entitled.

Respectfully submitted:

/s/   Rufus C. Harris, III
RUFUS C. HARRIS, III, T.A. (#6638)
JASON KENNEY (#29933)
COREY PARENTON (#32918)
JAMES CROUCH, JR. (#35729)
Staines, Eppling & Kenney, LLC
3500 North Causeway Blvd., Suite 820
Metairie, Louisiana 70002
Telephone:   (504) 838-0019
Email: rufus@seklaw.com
Attorneys for 4-K Marine, L.L.C.

**PLEASE SERVE:**

**James Marine Hahnville, LLC**
**Through its Registered Agent**
**Stephen Larzelere**
**1615 Poydras Street, Suite 1300**
**New Orleans, LA 70112**